No. 99–719.  FREDERICK ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 99–739.  LABORERS' INTERNATIONAL UNION OF NORTH AMERICA *v.* ALEXANDER ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 99–742.  BINDER ET UX. *v.* WILSON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–746.  LEHMAN *v.* MAINE.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 99–783.  BUCHANAN *v.* WASHINGTON; and
No. 99–964.  WASHINGTON *v.* BUCHANAN.  Sup. Ct. Wash.  Certiorari denied.  Reported below: 138 Wash. 2d 186, 978 P. 2d 1070.

No. 99–810.  UNITED TRANSPORTATION UNION, LOCAL 60, ET AL. *v.* RUOCCHIO ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 99–815.  CHIMBLO ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 2d Cir.  Certiorari denied.

No. 99–829.  CERVANTES *v.* JONES; and
No. 99–1044.  JONES *v.* CERVANTES.  C. A. 7th Cir.  Certiorari denied.  Reported below: 188 F. 3d 805.

No. 99–836.  BARFIELD *v.* ORMET PRIMARY ALUMINUM CORP.  C. A. 5th Cir.  Certiorari denied.

No. 99–841.  PRIMEAUX, FKA LAMONT, FKA BAD WOUND *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 99–858.  CITY OF ANAHEIM *v.* CALIFORNIA CREDIT UNION LEAGUE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–862.  WELCH *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 99–867.  KOORITZKY *v.* HERMAN, SECRETARY OF LABOR.  C. A. D. C. Cir.  Certiorari denied.